







SERVICE EMPLOYEES

COUNTY OF SAN DIEGO

RYC   9/3/97   9:29
3:90-CV-01211
*107*
*STIPO.*

```
 1  JOHN J. SANSONE, County Counsel
    County of San Diego
 2  DIANE BARDSLEY, Chief Deputy
    By MIRIAM E. BREWSTER, Deputy (SB No. 140757)
 3  1600 Pacific Highway, Room 355
    San Diego, California 92101-2469
 4  Telephone (619) 531-4886

 5  Attorneys for Defendant County of San Diego

 6  CRAIG BECKER, Esq.
    SERVICE EMPLOYEES INTERNATIONAL
 7  UNION, LOCAL 102
    14 West Erie Street
 8  Chicago, Illinois  60610
    Telephone (312) 751-1170
 9

10  Attorney for Plaintiffs Service Employees International Union, Local
    102 et al.
11
```



FILED
SEP - 2 1997

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 102, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, <br><br> Defendant. | No. 90-1211-GT (M) <br><br> STIPULATED SETTLEMENT RE ATTORNEYS FEES, COSTS AND EXPENSES; ORDER |

This is an action under the Fair Labor Standards Act, 29 U.S.C. section 209 et seq. With the exception of the amount of attorneys fees, costs and expenses to be paid, all issues in this action have been resolved according to the terms of two Stipulated Settlements and Orders. The first stipulated settlement between all plaintiffs and defendant County of San Diego ("County") was approved by the Court on March 11, 1996. One plaintiff, Lawrence E. Carolan, rejected the settlement, and the Court approved a separate settlement with this

107  ENTERED on 9/3/97

1 plaintiff on December 13, 1996. The claims of plaintiffs who failed
2 to accept or reject the settlement were dismissed for failure to
3 prosecute on June 11, 1997.
4     This settlement as to attorneys fees, costs and expenses fully
5 and finally resolves this litigation.
6     1. Parties: The parties to this action are plaintiff Service
7 Employees International Union, Local 102 ("Union"), the individual
8 plaintiffs, and defendant County.
9     2. Remaining Claims: Plaintiffs brought this suit seeking
10 overtime compensation, liquidated damages, attorneys fees and costs of
11 suit. All issues were resolved by the Stipulated Settlements of March
12 11, 1996 and December 13, 1996, except those relating to plaintiffs'
13 attorneys fees, costs and expenses. Paragraph 8d. of the Stipulated
14 Settlement and Order of March 11, 1996 provided for further
15 negotiations between the Union and the County on these issues.
16     3. Jurisdiction: The district court has jurisdiction of this
17 suit under section 16(b) of the FLSA, 29 U.S.C. section 216(b).
18     4. Settlement: The parties hereby agree to resolve plaintiffs'
19 claims to attorneys fees, costs and expenses as set forth in this
20 agreement.
21     5. Complete Release and Waiver: On the basis of the settlement
22 and the implementation of its provisions, plaintiffs agree to
23 completely release, waive and/or abandon all claims for attorneys
24 fees, costs and expenses in this litigation, whether known or unknown,
25 whether set forth in the complaint in this action or not, and whether
26 against the County, its officers, agents, or its employees.
27     6. Terms of Settlement:
28         a. Payment by the County: In consideration of the complete

1  release of claims described in paragraph 5 of this agreement, the
2  County agrees to pay a total of one hundred seventy thousand dollars
3  ($170,000.00).  Said amount will be paid by check directly to The
4  Service Employees International Union, the employer of counsel for
5  plaintiffs, Craig Becker.

6    b.  <u>Dismissal of Litigation by Plaintiffs</u>: Within 15 days of the
7  approval of this stipulation by the Court, plaintiffs shall file a
8  stipulated dismissal of this litigation in its entirety, with
9  prejudice.

10    7.  <u>Mutual Waiver of Further Proceedings</u>:  The parties hereby
11  waive any right to further review of the issues addressed in this
12  settlement, and to any further review of this Stipulation and Order
13  once approved by this Court, except for enforcement of the payment
14  provisions of the agreement.

15    8.  <u>Approval by the Court</u>:  If this stipulation or any part is
16  not approved by this Court, the entire stipulation is invalid and not
17  binding on the parties, unless the parties agree to modify the
18  stipulation.

19    9.  <u>Non Admission and Limited Application</u>: The parties agree that
20  this stipulation is based on the facts of this specific action and is
21  intended to apply only to this action.  The stipulation may not be
22  used as an admission by the County or as a waiver of any defense by
23  the County in any other proceeding or by any other party.

24    10. <u>Execution of Agreement in Counterparts, Signatures by</u>
25  <u>Facsimile</u>:  The parties may execute this agreement in two or more
26  counterparts and each counterpart shall be deemed an original
27  instrument as against the party who signed it.  Facsimile signatures
28  are acceptable for this agreement and may be filed with the Court.

11. <u>Request for Court Approval and Order:</u> The parties, through their respective counsel of record, hereby request that this Court approve the settlement set forth in this stipulation and order settlement in accordance with its terms.

DATED: 8/1/97   Respectfully submitted,

JOHN J. SANSONE, County Counsel (Acting)
DIANE BARDSLEY, Chief Deputy

By  *Miriam E. Brewster*
    MIRIAM E. BREWSTER, Deputy
    Attorneys for Defendant County of San Diego

DATED: 7/28/97

By  *[signature]*
    CRAIG BECKER, Esq.
    Attorney for Plaintiffs Service Employees
    International Union, Local 102, et al.

O R D E R

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: Sept. 2, 1997

*[signature]*
JUDGE OF THE UNITED STATES DISTRICT COURT

-4-