









SERVICE EMPLOYEES

COUNTY OF SAN DIEGO

RYC    9/3/97    9:57
3:90-CV-01211
*108*
*STIPO.*

1  Craig Becker
   Service Employees International Union
2  14 W. Erie St.
3  Chicago, IL  60610
   (312) 751-1170
4

5  Robert A. Bush
   Bush & Geffner
6  3500 Olive St.
7  Burbank, CA  91505
   (818) 955-6400
8

   Counsel for Plaintiffs
9  Service Employees International
10 Union, Local 102, et al.

11

              UNITED STATES DISTRICT COURT
12         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
13

14 SERVICE EMPLOYEES                    )
15 INTERNATIONAL UNION, LOCAL 102, )
   et. al.,                             )
16                                      )
17          Plaintiffs,                 )      Case No. 901211GT (RBB)
                                        )
18     v.                               )
                                        )
19 COUNTY OF SAN DIEGO,                 )
                                        )
20                                      )
            Defendant.                  )
21

22             STIPULATION OF DISMISSAL

23      Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the actions of all

24 Plaintiffs whose claims have not already been dismissed by the Court for lack of prosecution

25
   are hereby dismissed with prejudice pursuant to para. 8(e) of the Stipulated Settlement and
26

27 Order entered by the Court on March 11, 1996.

28

                                     ENTERED ON 9/3/97

                            108

1    Signed and so agreed.

2

3

4    Craig Becker                          Miriam E. Brewster
     Associate General Counsel             Deputy County Counsel
5    SEIU
     14 W. Erie                            John J. Sansone
6    Chicago, Il. 60610                    County Counsel
7    (312)751-1170
8    Counsel for Plaintiffs                Diane Bardsley
                                           Chief Deputy
9    DATE: 8/22/97                         1600 Pacific Highway, Room 355
                                           San Diego, Ca 921-1-2469
10                                         (619)531-4886
11                                         Counsel for Defendants

12                                         DATE: 8/26/97

13

14

15                                         IT IS SO ORDERED.

16                                         DATED

17

18

19

20

21

22

23

24

25

26

27   901211GT (RBB)                                        Page Two

28